IN THE UNITED STATES MAGISTRATE COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | PO 18-5018-BLG-TJC |
| Plaintiff, | Violation No. 6457414<br>Location Code: M31 |
| vs. | |
| | ORDER |
| NICHOLAS A. HAHN, | |
| Defendant. | |

Upon review of the docket and good cause appearing,

IT IS HEREBY ORDERED that the payment received on April 12, 2018, shall be accepted as payment in full for the Forfeiture Amount and Processing Fee associated with Violation No. 6457414 issued to Nicholas A. Hahn on November 11, 2017.

IT IS FURTHER ORDERED that the Violation Notice is deemed fully adjudicated and the warrant issued on March 21, 2018 for Nicholas A. Hahn regarding Violation No. 6457414 shall be QUASHED

The Clerk of Court is directed to notify the U.S. Marshals Service of this Order immediately.

DATED this 16th day of April, 2018.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge

1